**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Danielle Balasty and Charles W. Taylor, Defendants,

Of Whom Danielle Balasty is the Appellant.

In the interest of minor children under the age of eighteen.

Appellate Case No. 2014-001725

———————————

Appeal From Greenwood County
Joseph W. McGowan, III, Family Court Judge

———————————

Unpublished Opinion No. 2015-UP-225
Submitted April 20, 2015 – Filed April 30, 2015

———————————

**AFFIRMED**

———————————

Montford Shuler Caughman, of Caughman Law, LLC, of Lexington, for Appellant.

Robert Wallis Cone, of South Carolina Department of Social Services, of Greenwood, for Respondent.

Carson McCurry Henderson, of The Henderson Law Firm, PC, of Greenwood, for the Guardian ad Litem.

---

**PER CURIAM:** Danielle Balasty appeals the family court's order of removal. Upon a thorough review of the transcript and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), and *S.C. Dep't of Soc. Servs. v. Frederick Downer, Sr.*, S.C. Sup. Ct. Order dated Feb. 2, 2005, we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.